# MOTION FOR DEFAULT JUDGMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22521-MFE

DECARLO KERRY DONALDSON,

Plaintiff,

v.

FLORIDA DEPARTMENT OF REVENUE, et al.,

Defendants.



FILED BY _____ D.C.
JUN 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

NOW COMES the Plaintiff, DeCarlo Kerry Donaldson, pro se, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to enter a Default Judgment against all properly served Defendants who have failed to appear, answer, or otherwise respond within the time allowed by law.

## GROUNDS FOR RELIEF

1. Plaintiff filed a Verified Complaint on [Insert Date Filed], seeking redress for constitutional violations, unlawful enforcement actions, and financial and emotional damages arising from the conduct of state and federal defendants acting under color of law.
2. Service of process was duly made upon the following Defendants:

   (List served defendants and service dates if available)

3. As of today, Defendants have not filed any response, answer, motion, or appearance. The time for doing so has expired.
4. Pursuant to Rule 55(a), the Clerk of Court has entered a Default (or is requested to do so upon this motion).
5. Plaintiff has suffered substantial damages, as outlined in the Verified Complaint and supporting Exhibits, totaling $25,000,000 in combined economic, non-economic, and punitive damages.

## REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

- Enter a Default Judgment against each named Defendant who has not responded;
- Award Plaintiff $25,000,000 in damages, broken down as follows:
    - $10,000,000 in compensatory damages
    - $5,000,000 in emotional distress damages
    - $10,000,000 in punitive damages
- Grant any further relief the Court deems just and proper.

Respectfully submitted,

DeCarlo Kerry Donaldson

[Mailing Address]

[Email / Phone if available]

Dated: 6/15/2025

Signature: *DeCarlo Donaldson*

# PROPOSED ORDER GRANTING DEFAULT JUDGMENT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. [Insert Case Number]  1:25-cv-22521-MFE

ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of Plaintiff's Motion for Default Judgment and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. Default Judgment is entered in favor of the Plaintiff, DeCarlo Kerry Donaldson, and against the following Defendants for failure to respond or appear:

   (Insert names of all non-responding Defendants)

2. Plaintiff is awarded a total sum of $25,000,000, comprised of:
   - $10,000,000 in compensatory damages
   - $5,000,000 in emotional distress damages
   - $10,000,000 in punitive damages
3. The Clerk is directed to enter this Judgment forthwith and close the case as to those Defendants.

DONE AND ORDERED in Chambers at [City, State] this ___ day of _____, 20.

_____

UNITED STATES DISTRICT JUDGE

# Every Form of Damage Claimed

| Type of Damage | Description |
| --- | --- |
| 1. Financial Garnishment | Unlawful wage deductions through employers without verified debt or hearings |
| 2. License Suspensions | Driver's license suspended multiple times, triggering reinstatement fees, threat of jail |
| 3. Passport Revocation | International travel blocked without due process, harming career & family access |
| 4. Credit Report Damage | Negative entries from DOR, DMV, IRS, Brio, and garnishments affecting score & opportunities |
| 5. Emotional Distress | Documented stress, anxiety, family separation, and inability to parent or travel |
| 6. Employment Losses | Lost jobs, gigs (including music opportunities), and promotions due to enforcement status |
| 7. Denial of Parental Access | 18 years denied physical contact with your son, despite financial compliance |
| 8. Falsified Orders | Retroactive support dated before birth (7/1/04 vs. 7/9/04), with no correction ever made |
| 9. Imputed Income w/o Proof | Assigned support based on fake income amounts without hearings or job verification |
| 10. Illegal Retroactive Debt | Support debts applied while child not yet born, causing stacking interest and punishment |
| 11. Obstruction by State Agencies | Multiple offices gave no help, redirected calls, or refused to verify records |
| 12. DMV Enforcement Coordination | Suspensions processed without court authority or verified findings |
| 13. Garnishment Orders to Employers | Employers acted on orders not signed by a judge or tied to verified debt |
| 14. Denial of Access to Records | You were blocked from seeing key info unless you paid or hired counsel |
| 15. Threat of Arrest/Incarceration | Jail threats over debt enforcement without hearing or representation |
| 16. False Record Sharing (LexisNexis) | Unverified data distributed across government and private credit systems |
| 17. Tax Refund Seizures | Federal refunds intercepted unlawfully by DOR/IRS before proper service or notice |
| 18. Use of Private Contractors | Entities like Brio and Maximum used to enforce debt collection illegally |
| 19. Emotional Manipulation via Enforcement | Other parent instructed others not to allow you contact with your son, using child support as leverage |

| Type of Damage | Description |
|---|---|
| 20. Repeated Denial of Court Access | No fair hearing ever granted to contest amounts, penalties, or enforcement actions |

# Every Bad Actor & Agency by Name

| Agency/Actor | Bad Acts |
|---|---|
| Florida Department of Revenue (DOR) | Created false retroactive order; enforced without hearings; garnished wages; suspended licenses |
| Florida Department of Children and Families (DCF) | Failed to correct enforcement; participated in sharing unverified records |
| Internal Revenue Service (IRS) | Blocked passport; seized refunds based on state agency claims with no due process |
| Florida DMV | Suspended license repeatedly; charged reinstatement fees based on void orders |
| Social Security Administration | Failed to verify or provide support records when contacted |
| Disbursement Unit | Denied access to payment records unless fees were paid; did not validate amount owed |
| Maximum Recovery / Enforcement Contractors | Sent letters and made threats without legal judgment or court order |
| Florida State Attorney's Office (Child Support Division) | Ignored requests for hearings; refused to help; threatened legal action with no verified debt |
| Employers | Participated in illegal garnishments based on flawed or false orders |
| LexisNexis | Distributed unverified enforcement data, harming credit and public profile |
| Court Clerks / Hearing Officers | Processed orders never lawfully served or reviewed under UIFSA standards |
| Child's Mother / Associated Custodians | Instructed others to block access to son; used child support order to maintain legal control |
| Out-of-State Entities | Participated in illegal enforcement without UIFSA registration (you lived in Washington) |

# List of Named Individuals and Defendants (Total: 60)



## Government & Agency Officials

1. Jim Zingale – Executive Director, Florida Department of Revenue
2. Ashley Davis – General Counsel, FL Dept. of Revenue
3. Glenn Sutphin Jr. – Executive Director, FL DOR Child Support Program
4. Erin Deady – Counsel for FL DOR
5. Jimmy Patronis – Chief Financial Officer of Florida
6. Ashley Moody – Attorney General of Florida
7. Ron DeSantis – Governor of Florida
8. John Doe Officers 1–10 – Florida DOR enforcement officers
9. Jane Doe Officers 1–10 – Administrative agents or contractors
10. Paul Renner – Speaker of the Florida House
11. Kathleen Passidomo – President of the Florida Senate
12. Joseph Ladapo – Florida Surgeon General



## IRS and Federal Officials

13. Daniel Werfel – IRS Commissioner
14. Janet Yellen – Secretary, U.S. Department of Treasury
15. Xavier Becerra – Secretary, U.S. Department of Health and Human Services
16. Lisa Gomez – Assistant Secretary, DOL/ERISA Enforcement
17. Joseph R. Biden Jr. – President of the United States
18. Merrick Garland – Attorney General, U.S. DOJ
19. Tracy Jones – Regional IRS Director
20. John Doe IRS Agents 1–5 – Internal Revenue enforcement agents



## State Attorneys & Enforcement Agencies

21. Katherine Fernandez Rundle – Miami-Dade State Attorney
22. Harold F. Pryor – Broward County State Attorney
23. Monroe County DOR Supervisor (Name not listed)

24. Judge Scott Bernstein – 11th Judicial Circuit (Family Division)
25. Judge Stacy Ross – 17th Judicial Circuit (Broward)
26. Hearing Officer Susan White
27. Child Support Clerk Supervisor (DOR)
28. DMV Enforcement Director (Florida)
29. DMV Records Supervisor (Florida)
30. Clerk of Courts Director (Miami-Dade)



## Private Entities & Contractors

31. LexisNexis Risk Solutions
32. Experian
33. TransUnion
34. Equifax
35. Florida Credit Bureau
36. Maximum Recovery Solutions
37. Conduent Government Solutions
38. CGI Technologies
39. Deloitte Consulting LLP
40. Tyler Technologies



## Employers and Financial Intermediaries

41. ADP Payroll Services
42. Paychex Inc.
43. Truist Bank
44. Bank of America
45. Regions Bank
46. City of Miami Employer (Wage deduction agent)
47. Broward County Payroll Department
48. Miami-Dade County Disbursement Unit



## Child's Mother and Related Parties

49. Tyneshia Fleming – Plaintiff's child's mother
50. ●
51. **Unidentified/To Be Named**
52.
53. 52–60. John/Jane Does (Various unknown agents, supervisors, contractors pending discovery)