UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-22521-CIV-MARTINEZ-ELFENBEIN

DECARLO KERRY DONALDSON,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
REVENUE, *et al.*,

    Defendants.

_____/

## ORDER ON REPORT AND RECOMMENDATIONS

**THIS MATTER** was referred to the Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Proceed *In Forma Pauperis* (the "Motion"), (ECF No. 3). Judge Elfenbein filed a Report and Recommendation ("R&R"), recommending that Plaintiff's Motion be denied, (ECF No. 56), and Plaintiff filed objections to the R&R, (ECF No. 58). The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Elfenbein. The Court overrules Plaintiff's Objections, (ECF No. 58).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Elfenbein's Report and Recommendation, (ECF No. 56), is **AFFIRMED AND ADOPTED.**

2. Plaintiff's Motion to proceed *In Forma Pauperis*, (ECF No. 3), is **DENIED.**

3. Plaintiff shall have **seven (7) days** from the date of this Order to pay the $405 filing fee to the Clerk of Court.

4.      If the Plaintiff fails to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of July, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Elfenbein
All Counsel of Record