UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 25-22521-CIV-MARTINEZ-ELFENBEIN**

DECARLO KERRY DONALDSON,

      Plaintiff,

v.

FLORIDA DEPARTMENT OF
REVENUE, *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On July 31, 2025, this Court denied Plaintiff's *pro se* Motion for Reconsideration of Denial of Motion to Proceed *In Forma Pauperis*, (ECF No. 67). (ECF No. 71). In that Order, the Court gave Plaintiff thirty days to file a renewed motion to proceed *In Forma Pauperis*. *See* (*id.* at 3). The Court cautioned Plaintiff that failure to comply with the Court's Order shall result in dismissal without prejudice without any further warning. *See* (*id.*) The following day, the Court granted Plaintiff's Motion for Extension of Time to Pay Filing Fee, (ECF No. 70), requiring Plaintiff to pay the court filing fee on or before September 29, 2025. *See* (ECF No. 72). As of the date of this Order, Plaintiff has failed to comply with either of the Court's prior Orders. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _30_ day of September, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Decarlo Kerry Donaldson, *pro se*